1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROSANNE RYBURN,

          Plaintiff,

     v.

NORMAN Y. MINETA, et al.,

          Defendants.

CASE NO. C05-1375JLR

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On January 31, 2006 the court held a telephone conference with the parties to discuss scheduling in this matter. In order to allow time for Plaintiff to retain new counsel and for both parties to complete discovery and meet other pretrial related deadlines, the court VACATES its prior scheduling order (Dkt. # 7). The court sets trial for October 24, 2006 and directs the clerk to issue a revised scheduling order.

Filed and entered this 6th day of February, 2006.

BRUCE RIFKIN, Clerk

By      s/Mary Duett

           Deputy Clerk

MINUTE ORDER