UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROSANNE RYBURN,

        Plaintiff,

    v.

NORMAN Y. MINETA, et al.,

        Defendants.

CASE NO. C05-1375JLR

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court has received Plaintiff's unopposed motion to amend the case schedule (Dkt. # 16). The court GRANTS Plaintiff's request insofar as Plaintiff seeks additional time to retain substitute counsel, but DENIES Plaintiff's request for a near one-and-one-half year continuance. The court sets trial for December 12, 2006 and directs the clerk to issue a revised scheduling order.

Filed and entered this 4th day of April, 2006.

BRUCE RIFKIN, Clerk

By    s/Mary Duett
      Deputy Clerk

MINUTE ORDER